# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE FARM SERVICE AGENCY | |
| Plaintiff, | Civil No. 17-6397 (RBK/KMW) |
| v. | **ORDER** |
| Anthony DONATO, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on its own motion in consideration of the Stipulation of Dismissal filed by the U.S. Department of Agriculture Farm Service Agency in this matter (Doc. No. 7), and the currently pending Motion for Default Judgment (Doc. No. 6), and the Court noting that Plaintiff has dismissed this matter;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment is **DISMISSED AS MOOT.** The Clerk of Court is directed to **CLOSE THIS CASE**.

Dated: 01/17/2018            /s Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1